IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 3:23cr **082** |
| v. | ) |
| | ) Theft of Medical Products |
| ROBERT J. O'NEILL, | ) (18 U.S.C. § 670(a)(1)) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

1.      At all relevant times, the defendant, ROBERT J. O'NEILL, was employed as a dentist, physician, and surgeon at Southside Oral and Facial Surgery, located at 11971 Iron Bridge Road, Chester, Virginia, 23831.

2.      At all relevant times, the defendant, ROBERT J. O'NEILL, was a board certified dentist and physician in the Commonwealth of Virginia, able to practice dentistry, medicine, and surgery.

3.      At all relevant times, the defendant ROBERT J. O'NEILL, possessed DEA Registration Number FO3982015, allowing him to prescribe and distribute Schedule II-V controlled substances.

### COUNT ONE
(Theft of Medical Products)

Between on or about February 5, 2021, through February 8, 2021, in the Eastern District of Virginia, the defendant, ROBERT J. O'NEILL, did knowingly and unlawfully embezzle, steal, take, and carry away a pre-retail medical product, i.e. fentanyl, a Schedule II controlled

substance, using a means and facility of interstate or foreign commerce.

(In violation of Title 18, United States Code, Section 670(a)(1)).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____

Erik S. Siebert
Assistant United States Attorney